**742**

Robert H. Cowen, U. S. Atty., on brief), for appellant.

Wallace C. Murchison, Wilmington, N. C. (Carter, Murchison, Fox & Newton, Wilmington, N. C., on brief), for appellee.

Before HAYNSWORTH, BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

The United States appeals from a judgment of the district court. The Government was held liable for its negligent failure to comply with its contract to make timely delivery of equipment. The record amply supports the court's findings of fact. We find no error of law. George A. Fuller Co. v. United States, 69 F.Supp. 409, 108 Ct.Cl. 70 (1947); Chalender v. United States, 119 F.Supp. 186, 127 Ct.Cl. 557 (1954).

Affirmed.

Harold B. Green, pro se.

Howard P. Wallace, Asst. Atty. Gen, of Georgia, Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, and POPE * and BROWN, Circuit Judges.

PER CURIAM:

It appearing that the appellant has failed to exhaust any state remedies open to him in an effort to seek redress of the wrong complained of, the trial court properly dismissed the petition for habeas corpus.

The judgment is affirmed.

**Harold B. GREEN, Appellant,**

v.

**R. P. BALKCOM, Jr., Warden, Georgia State Prison, Reidsville, Georgia, Appellee.**

**No. 20820.**

United States Court of Appeals Fifth Circuit.

April 23, 1964.

**UNITED STATES of America**

v.

**Garnett BOWLES, Appellant.**

**No. 14398.**

United States Court of Appeals Third Circuit.

Argued Jan. 20, 1964.

Decided May 15, 1964.

Rehearing Denied July 23, 1964.

See 334 F.2d 325.

---

* Of the Ninth Circuit, sitting by designation.